UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL HUNTER,
           Plaintiff,

v.

TOWN OF BLOOMING GROVE, TOWN OF
BLOOMING GROVE POLICE
DEPARTMENT, and POLICE OFFICER
ANTHONY ALTERO
           Defendants.
-----------------------------------------------------------x

**ORDER**

22 CV 2088 (VB)

    The Court has been advised that the parties have reached a settlement in this case. (Doc. #77). Accordingly, it is hereby ORDERED:

1. By **May 6, 2024**, counsel shall submit either a stipulation of dismissal or a further status report on settlement.

2. The briefing schedule for defendants' pending motion for summary judgment is stayed pending further Court order.

Dated: April 5, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge